NO. 06-14-00177-CR

RECEIVED IN
The Court of Appeals
Sixth District

JUN 1 1 2015

Texarkana, Texas
Debra Autrey, Clerk

In The

Court of Criminal Appeals

Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 1 7 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JUN 19 2015

Abel Acosta, Clerk

Martin Luther Burns

Vs

The State of Texas

From Appeal No. 06-14-00177-CR

Trial Cause No. F12698

MARION _____ County

## First Motion For Extension of Time to File
## Petition For Discretionary Review

To The Honorable Judges of The Court of Criminal Appeals:

Comes Now Martin Luther Burns Petitioner, And Files this motion for an extension of sixty (60) days in which to file A Petition for Discretionary Review. In support of this motion, Appellant shows the Court the following.

### I.

The Petitioner was convicted in the 115th District Court of Marion, County, Texas of the offense of Aggravated Kidnapping in Cause No. F12698, styled State of Texas Vs Martin Luther Burns. The Petitioner appealed to the Court of Appeals Sixth Appellate District Court. The case was affirmed on May 22, 2015

### II.

The present deadline for filing the Petition for Discretionary Review is June 22, 2015. The petitioner has not requested Any extension prior to this request.

## III.

Petitioner's Request for an extension is based on the following facts; Petitioner was not informed of the decision of the Courts of Appeals in affirming my case until May 27, 2015. Since that time Petitioner has been attempting to gain legal Respresentation in this matter. His attorney an the Appeal, Tim Cone State Bar #04660350, has informed Petitioner that he will not represent him on the Petition for Review.

Wherefore, Petitioner prays that this Court grant this Motion and extend the deadline for filing the Petition for Discretionary Review in Case No F12698 of Trial Appeal No. 06-14-00177-CR. to July 27, 2015.

Martin Luther Burns
Petitioner Pro Se
Texas Department of Criminal
Justice Clements Unit TDCJ# 1956564
9601 Spur 591
Amarillo, Tx 79107

I Martin Luther Burns TDCJ# 1956564, being presently incarcerated in the Clements Unit of the Texas Department of Criminal Justice in Potter County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this day 8th of June 2015.

Waive Copies Please

Petitioner Request Under Texas Rule of Appelant Procedure to Waive Copies being sent out to other parties due to being incarcerated and the Unit being on it's yearly lock down. Thanks.

Mr. Martin L. Burns
Petitioner Pro Se

Ms. Abel Acosta , Clerk
Court of Criminal Appeals
Supreme Court Bldg
201 W 14th St. Rm 106
PO Box 12308
Austin, Texas 78711-2308

6-8-2015

RECEIVED IN
The Court of Appeals
Sixth District

JUN 1 1 2015

Texarkana, Texas
Debra Autrey, Clerk

Dear Ms Abel Acosta

Enclosed please find my Pro Se Defendant's Motion for Extension of time to File Petition for Discretionary Review, Please file this Motion And bring it to the Attention of the Court.

Please date-stamp this letter and return it to me at my Address shown below.

I also request that you notify me of the courts Ruling on my Motion.

Sinserely

Martin L. Burns

Defendant, Pro Se

#1956564

Mr. Martin Luther Burns
Clements Unit
9601 Spur 591
Amarillo, Tx 79107

No, 06-14-00177-CR

In The Court of Appeals for The
Sixth Judicial District of Texas
At TexarKANA, TX

Martin Luther Burns, Petitioner

RECEIVED IN
The Court of Appeals
Sixth District

JUN 1 1 2015

Texarkana, Texas
David Autrey, Clerk